THE STATE EX REL. MILLER, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

**[Cite as *State ex rel. Miller v. Indus. Comm.*
(2001), 93 Ohio St.3d 415.]**

(No. 01–251—Submitted July 17, 2001—Decided October 10, 2001.)

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*Koltak & Gibson, L.L.P., Ronald J. Koltak* and *Peter J. Gibson,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Kimberly M. Connett,* Assistant Attorney General, for appellee.